| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:97CR00215-001 | |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | | |
| | | DOCKET NUMBER CR 05 0001 | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Reinaldo A. Radlin | FILED IN CLERK'S OFFICE U.S. DISTRICT COURT, E.D.N.Y. ★ DEC 28, 2005 ★ BROOKLYN OFFICE | DISTRICT EASTERN DISTRICT OF VIRGINIA | DIVISION Manassas |
| | | NAME OF SENTENCING JUDGE The Honorable Leonie M. Brinkema | |
| | | DATES OF PROBATION/SUPERVISED RELEASE: | FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. 01/11/2010 ★ NOV 29 2005 ★ BROOKLYN OFFICE |
| OFFENSE Conspiracy to Distribute 50 Grams or More of Cocaine Base | | | |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

GLEESON, J.
POLLAK

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF NEW YORK upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 10/31/05 | s/Leonie M. Brinkema |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF NEW YORK</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 12-19-05 | s/John Gleeson |
|---|---|
| *Effective Date* | *United States District Judge* |