UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ FEB 24 2006 ★

BROOKLYN OFFICE

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

REINALDO RADLIN,

    Defendant.

- - - - - - - - - - - - - - - -X

O R D E R

Cr. No. 05-881(JG)

The Court having held a hearing pursuant to Rule 32.1(c)(1) of the Federal Rules of Criminal Procedure on February 15, 2006, and having considered the factors set forth in Title 18, United States Code, Sections 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6) and (a)(7) as required by Title 18, United States Code, Section 3583(e)(2), finds that it may be necessary to modify the conditions of the defendant REINALDO RADLIN's supervised release to require sex offender treatment. Accordingly, it is hereby ORDERED:

(1) That the conditions of defendant REINALDO RADLIN's supervised released are hereby modified pursuant to Title 18, United States Code, Section 3583(e)(2) to require him to participate in an evaluation to be conducted at a reasonable time and place by the New York Center for Neuropsychology and Forensic Behavioral Science as soon as it is possible do so; and

(2) That the New York Center for Neuropsychology and Forensic Behavioral Science conduct an evaluation of the defendant, to determine whether the defendant requires sex offender treatment;

and

(3) That the New York Center for Neuropsychology and Forensic Behavioral Science submit a report setting forth its findings and recommendation with regard to whether the defendant requires sex offender treatment to the Court, the United States Department of Probation, the defendant and his counsel within 30 days of the signing of this order.

Dated: February __, 2006
Brooklyn, New York

SO ORDERED:

s/John Gleeson    2-21-06
Honorable John Gleeson
United States District Judge
Eastern District of New York